April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JIMMY DIAZ, Appellant

NO. 14-15-00253-CV     V.

A.M. STRINGFELLOW UNIT, ET AL., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the interlocutory order signed by the court below on March 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jimmy Diaz.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.